# LAW OFFICES OF
# ROBERT L. KRASELNIK, PLLC

271 MADISON AVE, SUITE 1403
NEW YORK, NY 10016

robert@kraselnik.com
www.kraselnik.com

Tel: 212-576-1857
Fax: 212-576-1888

July 9, 2012

Via: ECF
The Honorable Roanne L. Mann, U.S.M.J.
United States District Court
Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza
Brooklyn, New York 11201

Re: Candelario Velasquez et. ano. v Basil LLC et. al.
    Civil Action No. 11-CV-5895(RLM)

Dear Judge Mann:

On behalf of both parties, we are pleased to report that this matter has been resolved. Accordingly, we respectfully request that the Settlement Conference set for today be cancelled along with all other dates in this case. The parties will file a Stipulation of Discontinuance shortly.

We thank Your Honor for considering this matter.

Respectfully submitted,

Robert L. Kraselnik

Cc: Kelly Spinia, Esq. (via ECF)